```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    ELLEN E. LANSDEN (Cal. State Bar No. 274096)
 4  Assistant United States Attorney
         1200 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone:  (213) 894-3176
         Facsimile:  (213) 894-0141
 7       Email:      ellen.lansden@usdoj.gov

 8  Attorneys for Complainant
    UNITED STATES OF AMERICA
 9
```

FILED
CLERK, U.S. DISTRICT COURT
OCT 2 3 2012
CENTRAL DISTRICT OF CALIFORNIA
BY MK DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF  FABRICE LE PARC,  A Fugitive from the Government of France. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CR No. 12-MJ-2381  [~~PROPOSED~~] ORDER OF DETENTION |
|---|---|---|

On October 16, 2012, the Court held a detention hearing in the above referenced extradition matter. After hearing the evidence proffered by the United States and the fugitive, the

//

//

1  Court found that no "special circumstances" exist to justify the
2  fugitive's release on bond.  Therefore, the fugitive is detained
3  pending further proceedings.
4
5      IT IS SO ORDERED.
6
7
   __10/23/12_____          ___F___ M. Olguin_____
8  DATE                          HON. FERNANDO M. OLGUIN
                                 United States Magistrate Judge
9
10
11
12
13 Presented by:
14
   __/s/_____
15 ELLEN E. LANSDEN
   Assistant United States Attorney
16
17
18
19
20
21
22
23
24
25
26
27
28

2